# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parrish, Jill N. | U.S. District Court, District of Utah | 08/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court, District of Utah
351 S. West Temple Street, Chambers 10.220
Salt Lake City, Utah 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parrish, Jill N.** | 08/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Blake Parrish, P.C. (Income from solo law practice) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parrish, Jill N. | 08/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of American Fork | Mortgages on Investment Rental Townhouses (SBP Investments LLC) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parrish, Jill N.** | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Interest in Rock Springs Apartment Investors, LLC (Rock Springs, WY) | B | Rent | O | W | | | | | |
| 2.  Interest in Mill Pond Partners, LLC (Lehi, UT) | B | Rent | K | W | | | | | |
| 3.  Interest in Casper Apartment Partners, LLC (Casper, WY) | E | Rent | O | W | | | | | |
| 4.  Rental Townhouse, SBP Invest. LLC (Garden City, UT) | | None | N | R | Buy | 12/04/18 | N | | James and Janice Nikitin |
| 5.  Rental Townhouse, SBP Invest. LLC (Woods Cross, UT) | | None | N | R | Buy | 12/07/18 | N | | Ryan and Caitlyn Greenburg |
| 6.  American Beacon Small Cap Value Fund | C | Dividend | K | T | | | | | |
| 7.  American Funds Washington Mutual R5 | | None | | | Sold | 01/09/18 | L | | |
| 8.  American Funds Washington Mutual R6 | C | Dividend | L | T | Buy | 01/09/18 | L | | |
| 9.  Black Rock Equity Dividend Insti Fund | | None | | | Sold | 01/09/18 | L | | |
| 10.  Chase Bank Cash Accounts | A | Interest | L | T | | | | | |
| 11.  Chipotle Mexican Grill Stock (CMG) | | None | | | Sold | 07/18/18 | J | | |
| 12.  Dodge & Cox Stock | C | Dividend | K | T | Buy | 01/09/18 | L | | |
| 13.  Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 14.  Invesco Stable Value Fund | C | Interest | M | T | | | | | |
| 15.  Janus Henderson Triton N Fund | B | Dividend | K | T | | | | | |
| 16.  JP Morgan Core Bond Select Fund | | None | | | Sold | 01/09/18 | K | | |
| 17.  JP Morgan Core Bond R6 | B | Dividend | K | T | Buy | 01/09/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parrish, Jill N.** | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JP Morgan Investor Growth Fund (Y) | | | | | | | | | |
| 19. JP Morgan Large Cap Growth R5 Fund | | None | | | Sold | 01/09/18 | L | | |
| 20. JP Morgan Large Cap Growth R6 Fund | D | Dividend | L | T | Buy | 01/09/18 | L | | |
| 21. Lincoln Financial Group Fixed Annuity | A | Interest | J | T | | | | | |
| 22. MainStay Large Cap Growth I Fund | D | Dividend | K | T | | | | | |
| 23. MFS Value Fund | A | Dividend | J | T | | | | | |
| 24. Nationwide Flexible Premium Variable Life Policy (Money Market Fund) | A | Interest | K | T | | | | | |
| 25. Netflix Stock (NFLX) | | None | J | T | Buy | 07/18/18 | J | | |
| 26. Oppenheimer Developing Markets Y Fund (Invesco) | A | Dividend | J | T | | | | | |
| 27. PGIM Total Return Bond R6 | A | Dividend | L | T | Buy | 01/09/18 | L | | |
| 28. PIREX - Principal Real Estate Securities Inst | B | Dividend | K | T | Buy | 01/09/18 | K | | |
| 29. Prudential Total Return Bond Z | A | Interest | | | Sold | 01/09/18 | L | | |
| 30. Utah Retirement System Target 2025 Fund | | None | N | T | | | | | |
| 31. Vanguard Institutional Index Fund | A | Dividend | J | T | | | | | |
| 32. Virtus Real Estate Securities I Fund | | None | | | Sold | 01/09/18 | K | | |
| 33. Wasatch Funds Small Cap Growth Mutual Fund | C | Distribution | J | T | Donated (part) | | | | |
| 34. Zions Bank Cash Accounts | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

Line 4:  The townhouse in Garden City, Utah was purchased for investment (rental) on 12/4/2018. It is titled in the name of SBP Investments LLC, a limited liability company of which ▮▮▮▮▮ is the sole member.  The purchase price for the property was $275,000. Because the property was not purchased until December, no income was generated during the calendar year. The mortgage on this property is listed on line 1 of Part VI.

Line 5:  The townhouse in Woods Cross, Utah was purchased for investment (rental) on 12/7/2018.  It is titled in the name of SBP Investments LLC, a limited liability company of which ▮▮▮▮▮ is the sole member.  The purchase price for the property was $272,000.  Because the property was not purchased until December, no income was generated during the calendar year. The mortgage on this property is listed on line 1 of Part VI.

Line 18:  The JP Morgan Investor Growh Fund previously reported on line 18 is owned by ▮▮▮▮▮ who are no longer minors. Therefore, it is no longer reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill N. Parrish**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544